■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO NIEVES, Appellant. [718 NYS2d 196] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lewis, J.), rendered June 12, 1998, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the seventh degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The record clearly establishes that the defendant knowingly,

voluntarily, and intelligently waived his right to appeal from the judgment, as well as any pretrial orders. Accordingly, the judgment is affirmed (*see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1; *People v Shell,* 206 AD2d 396). Bracken, J. P., Thompson, Sullivan and McGinity, JJ., concur.